# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS THOMAS AMPS, | CASE NO. 1:10-cv-00395-AWI-SKO PC |
| Plaintiff, | ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT PELAYO |
| v. | |
| J. AYON, et al., | (Docs. 15 and 22) |
| Defendants. | |

On October 10, 2011, Defendant Pelayo filed an answer to Plaintiff's complaint. Accordingly, application of the discovery and scheduling order filed on August 23, 2011, is HEREBY EXTENDED to Defendant Pelayo.

IT IS SO ORDERED.

**Dated:   October 11, 2011**            /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE