# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS THOMAS AMPS, | CASE NO. 1:10-cv-00395-AWI-SKO PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO DEPOSE PLAINTIFF BY VIDEOCONFERENCE |
| v. | |
| J. AYON, et al., | (Doc. 27) |
| Defendants. | |

Plaintiff Louis Thomas Amps, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 8, 2010, and a scheduling order was issued on August 23, 2011. This action is currently in the discovery phase, and on February 15, 2012, Defendants Ayon and Pelayo filed a motion seeking leave to depose Plaintiff by videoconference. Fed. R. Civ. P. 30(b)(4).

Good cause having been shown, Defendants' motion is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:   March 6, 2012**           /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE

1