# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS THOMAS AMPS,<br><br>        Plaintiff,<br><br>   v.<br><br>J. AYON, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:10-cv-00395-AWI-SKO PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 30)<br><br>TWENTY-ONE DAY DEADLINE |

Plaintiff Louis Thomas Amps, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 8, 2010. On June 29, 2012, Defendants Ayon and Pelayo filed a motion for summary judgment.

Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to the motion within **twenty-one (21) days** from the date of service of this order.[1] Local Rule 230(l). **Plaintiff is warned that the failure to comply with this order will result in dismissal of the action, with prejudice, for failure to obey a court order and failure to prosecute.**

IT IS SO ORDERED.

**Dated:   July 3, 2012**                         /s/ Sheila K. Oberto
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Although Plaintiff is no longer incarcerated, Local Rule 230(l) shall continue to apply to this action, in accordance with the Court's general practice.

1